IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01821-MSK
(Criminal Action No. 10-cr-00566-MSK-2)

UNITED STATES OF AMERICA,

v.

BETH J. NEUGER,

      Defendant.

## ORDER

After preliminary consideration of Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 98), it is now

ORDERED that the United States Attorney on or before **September 17, 2012**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED this 17th day of July, 2012.

                                              BY THE COURT:

                                              Marcia S. Krieger
                                              United States District Judge